1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

MONICA M. MILLER,

9
　　　　　Plaintiff,

10
　　v.

11
MICHAEL J. ASTRUE, Commissioner of
Social Security,

12

13
　　　　　Defendants

Case No. C11-5801BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

14

15

16

17

　　　　This matter comes before the Court on the Report and Recommendation ("R&R") of

the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 4).

　　　　The Court has considered the R&R and the remaining record, and no objections to the

R&R having been filed, does hereby find and order as follows:

18

19
　　　　(1)　　The R&R is **ADOPTED**;

20
　　　　(2)　　Plaintiff's motion to proceed *in forma pauperis* is **DENIED**; and

21
　　　　(3)　　This action is **DISMISSED**.

　　　　DATED this 23rd day of January, 2012.

22

23

24
　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
United States District Judge

25

26

27

28
ORDER